FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
DEC 10 2019
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.

SOCORRO GONZALEZ HERNANDEZ,

　　　　　Defendant.

8:19CR377

**WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against him in this court.

(1) The defendant affirms that he has received a copy of the indictment;

(2) The defendant understands that he has the right to appear personally before the Court for an arraignment on [this][these] charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to [all counts of] the indictment.

_____
Defendant

_____
Counsel for Defendant

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and his plea of not guilty is entered of record with the Clerk of Court.

DATED this 10 day of December, 2019.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT