IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SOCORRO GONZALEZ HERNANDEZ,<br><br>　　　　　　Defendant. | 8:19CR377<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Michael F. Maloney to withdraw as counsel for the defendant, Socorro Gonzalez Hernandez (Filing No. 32). Thomas O. Campbell has filed an entry of appearance as retained counsel for Socorro Gonzalez Hernandez. Therefore, Michael F. Maloney's motion to withdraw (Filing No. 32) will be granted.

Michael F. Maloney shall forthwith provide Thomas O. Campbell any discovery materials provided to the defendant by the government and any such other materials obtained by Michael F. Maloney which are material to Socorro Gonzalez Hernandez's defense.

The clerk shall provide a copy of this order to Thomas O. Campbell.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge